```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 34838
   JOHN HAMILTON SR
   JOYCE DEBORAH HAMILTON                     CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9287     SSN XXX-XX-2523

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/20/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED          1331.85        147.02       527.64
COOK COUNTY TREASURER      SECURED              .00           .00          .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG   21930.00           .00     21930.00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE    7000.00           .00      2913.22
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00          .00
CHECK N GO                 UNSECURED       NOT FILED         .00          .00
MCI                        UNSECURED       NOT FILED         .00          .00
SOCIAL SECURITY ADMIN      UNSECURED       NOT FILED         .00          .00
PORTFOLIO ACQUISITIONS L   UNSECURED        1319.30          .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,200.00                   2,200.00
TOM VAUGHN                 TRUSTEE                                     1,547.12
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                29,265.00

PRIORITY                                          .00
SECURED                                     25,370.86
   INTEREST                                    147.02
UNSECURED                                         .00
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                         1,547.12
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                 29,265.00            29,265.00




            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 04 B 34838 JOHN HAMILTON SR & JOYCE DEBORAH HAMILTON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE